# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN-JAMES DONALD GORDON, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ENVIRONMENTAL & COMMUNITY ) <br>   COURT, et al., ) <br> ) <br> Defendants. ) | 1:11-cv-821-SEB-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that any claim challenging the adjudication or other orders in No. 49F12-1012-OV-051943 is dismissed for lack of jurisdiction and that all other claims are dismissed with prejudice.

Date: 01/23/2012

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jennifer Lynn Haley
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jhaley@indy.gov

Katie J. Kawiecki
OFFICE OF CORPORATION COUNSEL
kkawiecki@indy.gov

Kevin-James Donald Gordon
939 Elm St.
Indianapolis, IN 46203-1001